### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 08 B 24853 |
| Thelma Lightner, | ) | HON. Janet S. Baer |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### NOTICE OF MOTION

TO:     Tom Vaughn, 55 East Monroe Street, STE 3850, Chicago, IL 60603;

Pierce & Associates, 1 North Dearborn St. Suite 1300, Chicago, IL 60602, representing Chase Home Finance LLC and JPMorgan Chase Bank, N.A. successor by merger to Chase Home Finance LLC;

See Attached Service List

PLEASE TAKE NOTICE that on September 20, 2012 at 9:30 a.m. in Courtroom 615 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the HONORABLE Judge Baer or before any judge sitting in her place and stead, and shall then and there present the attached Motion at which place and time you may appear if you see fit.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that she transmitted a correct copy of this Notice and the attached Motion on September 14, 2012 to:

The Chapter 13 Trustee listed above via electronic court notification;

Pierce & Associates via regular U.S. Mail to 1 North Dearborn St. Suite 1300, Chicago, IL 60602; and

To the attached service list via regular U.S. Mail from the mailbox located at 20 S. Clark Street, 28th Floor, Chicago, IL 60603.

__/s/ *Marcie Venturini*___
Attorney for the Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625

Label Matrix for local noticing
0752-1
Case 08-24853
Northern District of Illinois
Chicago
Thu Sep 13 16:05:03 CDT 2012

Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219-6009

East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

JPMorgan Chase Bank, N.A. successor by merge
Mail Code LA4-5555 - 700 Kansas Lane
Monroe, LA 71203

eCAST Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Beneficial/hfc
Po Box 1547
Chesapeake, VA 23327-1547

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase Home Finance LLC
c/o Pierce & Associates, P.C.
One North Dearborn, Suite #1300
Chicago, Il 60602-4321

Chase Manhattan Mtg
G7-Pp
3415 Vision Dr.
Columbus, OH 43219-6009

Citibank Usa
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

GEMB / HH Gregg
Attention:  Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

HSBC CONSUMER LENDING USA INC
by eCAST Settlement Corporation
as its agent
POB 35480
Newark NJ 07193-5480

JC Penney
Attention:  Bankruptcy Department
Po Box 103106
Roswell, GA 30076-9106

JPMorgan Chase Bank, N.A.
Chase Records Center
Mail Code LA4-5555 - 700 Kansas Lane
Monroe, LA 71203

National American Credit Corp
One Allied Drive
Trevose, PA 19053

PEOPLES GAS LIGHT AND COKE CO
130 E RANDOLPH DRIVE
CHICAGO, IL 60601-6203

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o The Home Depot
POB 41067
NORFOLK VA 23541-1067

Peoples Gas
C/O Bankruptcy Department
130 E. Randolph Drive
Chicago, IL 60601-6302

Prime Acceptance Corp
200 W Jackson Blve Ste 7
Chicago, IL 60606-6941

RJM Acquisitions Funding LLC
Assignee of Fingerhut
575 Underhill Blvd  Ste 224
Syosset, NY 11791-3416

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Spiegel
Attn: Bankruptcy
Po Box 9204
Old Bethpage, NY 11804-9004

Wells Fargo Financial Illinois Inc
4137 121st Street
Urbandale IA 50323-2310

Wffinancial
1191 E Dundee Rd
Palatine, IL 60074-8306

Window World
8920 N Kilbourn
Skokie, IL 60076

eCAST Settlement Corporation assignee of
Capital One Bank
POB 35480
Newark NJ 07193-5480

Brad R Schneiderman
Robert J. Semrad & Associates
407 S. Dearborn
6th Floor
Chicago, IL 60605-1115

Marcie C Venturini
Robert J. Semrad & Associates, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Thelma Lighther
6327 S. Richmond
1st Floor
Chicago, IL 60629-2731

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5713

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American General Finan
Attn: Legal Dept
20 N Clark St
Chicago, IL 60602

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)eCAST Settlement Corporation
POB 35480
Newark NJ 07193-5480

End of Label Matrix
Mailable recipients    32
Bypassed recipients     2
Total                  34

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08 B 24853 |
| Thelma Lightner, ) | HON. Janet S. Baer |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO DETERMINE FINAL CURE AND PAYMENT RE RULE 3002.1**

Debtor, by and through Debtor's attorneys, Robert J. Semrad and Associates, and in support of Debtor's Motion to Determine Final Cure and Payment re Rule 3002.1, Debtor states to the court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§ 1334 & 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on September 19, 2008.

3. On December 18, 2008 this Honorable Court entered an Order confirming Debtor's Chapter 13 Plan of reorganization.

4. On August 22, 2012 the Chapter 13 Trustee Tom Vaughn filed a Notice of Final Cure Mortgage Payment re: Rule 3002.1, at docket entry number 50.

5. On September 5, 2012 JPMorgan Chase Bank, N.A. filed a Response to the Chapter 13 Trustee's Notice of Final Cure Payment alleging that Debtor was behind in post-petition mortgage payments from April, 2012 through September 2012, at $1,293.19 per month. JPMorgan Chase Bank, N.A.'s response states Debtor is $7,759.14 behind in post-petition mortgage payments. JPMorgan Chase Bank, N.A. did not attach proof of payment history to their response.

6.  Debtor has tendered proof of payments to her counsel which details that all post-petition mortgage payments from January, 2012 through August, 2012 have been made. Please see attached Exhibit A.

7.  Debtor plans to make her September, 2012 mortgage payment before the end of September, 2012.

8.  The Response to Notice of Final Cure Payment filed on September 5, 2012 by JPMorgan Chase Bank, N.A. is incorrect.

9.  Debtor is in fact current with post-petition mortgage payments to JPMorgan Chase Bank, N.A.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter the Order attached to this Motion, and grant such other and further relief and this court deems fair and just.

Respectfully Submitted,

 _/s/ *Marcie Venturini*__

Attorney for the Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603